SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-6805
   Fax:        (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SUZANNE KLENT, Revenue Officer, | NO. CV 07 6392 JL |
| Petitioners, | VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |
| v. | |
| GREGORY D. RUTLEDGE, | |
| Respondent. | |

      Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **SUZANNE KLENT,** allege and petition as follows:

      1.     This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

      2.     Petitioner **SUZANNE KLENT** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

///

Verified Petition To Enforce
IRS Summons                          1

3. Petitioner **SUZANNE KLENT** is and at all times mentioned herein was attempting in the course of authorized duties to ascertain the assets and liabilities of **GREGORY D. RUTLEDGE** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **GREGORY D. RUTLEDGE**.

4. Petitioner **SUZANNE KLENT** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to his attempt to ascertain the assets and liabilities of **GREGORY D. RUTLEDGE**, for purposes of preparing a Collection Information Statement.

5. Respondent **GREGORY D. RUTLEDGE**'s last known address is 776 Hans Ave., Mountain View, CA 94040, which is within the venue of this Court.

6. Petitioner **SUZANNE KLENT** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On August 28, 2007, in accordance with law, petitioner **SUZANNE KLENT** served a summons on respondent **GREGORY D. RUTLEDGE** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by handing Kimberly Rutledge an attested copy of the summons at the last and usual place of abode of the respondent **GREGORY D. RUTLEDGE**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **GREGORY D. RUTLEDGE**. It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **GREGORY D. RUTLEDGE** that respondent produce the items demanded by said summons.

9. The respondent did not appear on September 25, 2007, as requested in the summons.

1      10.    By letter dated October 4, 2007, respondent **GREGORY D. RUTLEDGE** was provided with another opportunity to comply by appearing for an appointment with petitioner **SUZANNE KLENT** on November 6, 2007.  See <u>Exhibit</u> <u>B</u>.

    11.    As of the date of this petition, the respondent has failed to comply with the summons.

    12.    All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

    13.    There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

    A.    That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

    B.    That respondent be ordered by the Court to appear before the petitioner **SUZANNE KLENT** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

    C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

SCOTT N. SCHOOLS
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division



# Summons

## Collection Information Statement

**In the matter of** GREGORY D RUTLEDGE, 776 HANS AVE, MOUNTAIN VIEW, CA 94040
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form CIVPEN for the quarterly periods ending March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, June 30, 2005 and September 30, 2005

**The Commissioner of Internal Revenue**

**To:** GREGORY D RUTLEDGE
**At:** 776 HANS AVE, MOUNTAIN VIEW, CA 94040

You are hereby summoned and required to appear before SUZANNE KLENT, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2007   To 07/31/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**




Business address and telephone number of IRS officer before whom you are to appear:

55 SOUTH MARKET STREET, M/S 5117-18, SAN JOSE, CA 95113-2324 (408) 817-6436

**Place and time for appearance: At** 55 SOUTH MARKET STREET, M/S 5117-18, SAN JOSE, CA 95113-2324



on the 25th day of September, 2007 at 1:30 o'clock p m.

Issued under authority of the Internal Revenue Code this 28th day of August, 2007

Department of the Treasury
Internal Revenue Service    SUZANNE KLENT                                REVENUE OFFICER
www.irs.gov                 Signature of issuing officer                 Title
Form 6637 (Rev.4-2005)
Catalog Number 25000Q       Signature of approving officer (if applicable)   Title

# Exhibit A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 8/30/07 | 1:35 |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

_Kimberly Rutledge_

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| | |

Catalog No. 25000Q                                                                                                          Form **6637** (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
55 SOUTH MARKET STREET, SUITE 505
SAN JOSE, CA 95113
(408) 817-4650
FAX (408) 817-4651

OCT 0 4 2007

Gregory D. Rutledge
776 Hans Avenue
Mountain View, CA 94040

Dear Mr. Rutledge:

    Our office represents the Area Director of the Internal Revenue Service. We have been informed by the Area Director that you have not fully complied with the summons served upon you on August 28, 2007, requiring you to appear and produce documents.

    Legal proceedings may be brought against you in the United States District Court for not complying with the summons. In order to give you a final opportunity to comply, we have scheduled an appointment at the time and date given on page two. Failure to appear at the appointment will be deemed an intention not to comply with the summons. Please bring all of the information and documents specified in the summons.

    If you have any questions, please contact Revenue Officer Suzanne M. Klent at the address or telephone number shown.

Sincerely,

JEFFREY L. HEINKEL
Associate Area Counsel (SBSE)

By: JOHN W. STRATE
Attorney (SBSE)

cc: Suzanne M. Klent. MS: 5117-18

FILE COPY PR

Exhibit B

**Revenue Officer:**
Name: Suzanne M. Klent
Phone: (408) 817-6436

**Appointment**
Date: November 6, 2007
Time: 10:00 a.m.
Place: 55 South Market Street
　　　　Suite 600
　　　　San Jose, CA 95113