SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone:   (415) 436-6805
 Fax:           (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and SUZANNE KENT,** | Case No.: 3:07-cv-6392-JL |
| Petitioners, | |
| v. | |
| **GREGORY D. RUTLEDGE** | |
| Respondent. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby declines to consent to assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

                                    SCOTT N. SCHOOLS
                                    United States Attorney


/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division