UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

       Plaintiff(s),                             No. 07-06392 JL

   v.                                    NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

GREGORY D. RUTLEDGE

       Defendant(s).

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

           (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for March 26, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: December 27, 2007

                                                   Richard W. Wieking, Clerk
                                                   United States District Court

                                                   _____
                                                   By: Wings Hom, Deputy Clerk