SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6805
  Fax:        (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SUZANNE KENT,** | Case No.: 3:07-cv-6392-JL |
| Petitioners, | |
| v. | **MOTION TO TRANSFER TO THE SAN JOSE DIVISION** |
| **GREGORY D. RUTLEDGE** | *No Hearing Requested* |
| Respondent. | |

      Petitioners, the United States of America and Suzanne Kent, moves the Court pursuant to L.R. 3-2(f) for an Order transferring this case to the San Jose Division of the Northern District of California. The United States filed this petition to enforce an Internal Revenue Service summons on December 18, 2007. (Dckt No. 1). Both the civil cover sheet and the summons annexed to the Verified Petition to Enforce Internal Revenue Service Summons indicate that respondent resides in Santa Clara County.

      This Court's Local Rule 3-2(e), in conjunction with L.R. 3-2(c), states in pertinent part that all civil action which arise in Santa Clara County shall be assigned to the San Jose Division.[1] Where, as here, a case has been assigned to the incorrect division of this Court, L.R. 3-2(f) provides that upon the "motion of any party, that a civil action has not been assigned to the

---

[1] L.R. 3-2 contains several exceptions to assignments to the various divisions of this Court, which are not applicable in this matter.

1  proper division ... the Judge may order such transfer, subject to the provisions of the Court's
2  Assignment Plan." *Id.* Because respondent and all IRS witnesses are situated closer to the San
3  Jose Division and this case is properly assigned to that division, the United States requests that
4  this matter be transferred to San Jose.

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing MOTION TO TRANSFER TO THE SAN JOSE DIVISION has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 27th day of December, 2007, to:

Gregory D. Rutledge
776 Hans Avenue
Mountain View, CA 94040

/s/ Thomas M. Newman
THOMAS M. NEWMAN