**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SUZANNE KENT,** ) | ) **Case No.: 3:07-cv-6392-JL** |
| Petitioners, ) | ) |
| ) | ) **ORDER** |
| v. ) | ) |
| **GREGORY D. RUTLEDGE** ) | ) |
| Respondent. ) | ) |

Pending before the Court is petitioners' motion to transfer this case to the San Jose Division of this Court. Petitioners' motion is **GRANTED** in that the clerk is directed to transfer this case to the San Jose Division for random reassignment in accordance with Civil L.R. 3-2.

**ORDERED** this ____ day of _____, 2008, at San Francisco, California.

_____
**JAMES LARSON**
**UNITED STATES MAGISTRATE DISTRICT JUDGE**