**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and SUZANNE KENT, | ) <br> ) Case No.: 3:07-cv-6392-CW <br> ) |
| Petitioners, | ) <br> ) **ORDER** |
| v. | ) <br> ) |
| GREGORY D. RUTLEDGE, | ) <br> ) |
| Respondent. | ) <br> ) |

Pending before the Court is petitioners' motion to transfer this case to the San Jose Division of this Court. Petitioners' motion is **GRANTED** in that the clerk is directed to transfer this case to the San Jose Division for random reassignment in accordance with Civil L.R. 3-2.

**ORDERED** this 3rd day of January, 2008, at San Francisco, California.

_____
**CLAUDIA WILKEN**
**UNITED STATES DISTRICT JUDGE**