JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:              (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and SUZANNE KLENT,** | ) <br> ) Case No.: 3:07-cv-6392-RMW <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) NOTICE OF DISMISSAL <br> ) |
| **GREGORY D. RUTLEDGE** | ) <br> ) |
| Respondent. | ) |

     Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, SUZANNE KLENT**,** voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   */s/Thomas M. Newman*
                                   THOMAS M. NEWMAN
                                   Assistant United States Attorney
                                   Tax Division

Notice of Voluntary Dismissal                 1